## Kevin McKEOWN, No More Tolls, Plaintiff–Appellant,

v.

## The DELAWARE BRIDGE AUTHORITY, Defendant,

The Port Authority of New York and New Jersey, Robert Boyle, Executive Director, The New York State Thruway Authority, John R. Platt, Executive Director, The Metropolitan

Transportation Authority, E. Virgil Conway, Chairman, The New Jersey Turnpike Authority, James Weinstein, Commissioner, Frank X. McDermott, Chairman, The Garden State Parkway Authority, The Maryland Transportation Authority, John D. Porcari, Chairman, The Delaware Transportation Authority, Nathan Hayward, III, Secretary, Defendants–Appellees.

Docket No. 01–7487.

United States Court of Appeals, Second Circuit.

Dec. 21, 2001.

Kevin McKeown, Washington, DC, pro se.

Milton H. Pachter, N.Y., NY, for Appellees Port Authority and Boyle.

Norman Spiegel, Ass't Att'y Gen., N.Y., NY, for Appellees New York State Thruway Authority and Platt.

Anthony P. Semancik, N.Y., NY, for Appellees Metropolitan Transportation Authority and Conway.

Stuart M. Lederman, Riker, Danzig, Scherer, Hyland & Perretti, Morristown, NJ, for Appellees New Jersey Turnpike Authority, Weinstein, and McDermott.

Deborah A. Donohue, Ass't Att'y Gen., Baltimore, MD, for Appellees Maryland Transportation Authority and Porcari.

Frederick H. Schranck, Dep'y Att'y Gen., Dover, DE, for Appellees Delaware Transportation Authority and Hayward.

Present KEARSE, WINTER and CALABRESI, Circuit Judges.

### SUMMARY ORDER

This cause came on to be heard on the record from the United States District Court for the Southern District of New York, and was submitted by plaintiff *pro se* and by counsel for defendants.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Pauley's Memorandum and Order dated March 29, 2001.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.